**COMMONWEALTH of Pennsylvania, Respondent**

v.

**William STERN, Petitioner**

**No. 617 MAL 2016**

Supreme Court of Pennsylvania..

January 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN the INTEREST OF: C.C., a Minor**

**Petition of: K.R., Mother**

**No. 857 MAL 2016**

Supreme Court of Pennsylvania.

· January 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leonid ZELDICH, Petitioner**

**No. 10 MAL 2016**

Supreme Court of Pennsylvania.

January 12, 2017

### ORDER

PER CURIAM

**AND NOW,** this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.